FILED
2021 Mar-31 PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ALAN GREEN,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | **CIVIL ACTION NO.**<br><br>**1:20-cv-00717-CLM**<br><br>**UNOPPOSED** |
| **HEWLETT PACKARD ENTERPRISE COMPANY,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed **with prejudice**, each party to bear its own costs and fees.

Respectfully submitted this 31st day of March 2021.

_/s/ Robert J. Camp_  
Robert J. Camp  
Wiggins, Childs, Pantazis, Fisher
& Goldfarb, L.L.C.  
The Kress Building  
301 19th Street North  
Birmingham, AL 35203  
rcamp@wigginschilds.com

Attorney for Plaintiff

_/s/ Janell M. Ahnert_  
Janell M. Ahnert  
LITTLER MENDELSON, P.C.  
420 20th Street North, Ste. 2300  
Birmingham, AL  35203-3204  
jahnert@littler.com  
Telephone:   205.421.4784  
Facsimile:    205.278.8523

Lisa A. Schreter  
Richard W. Black  
*Admitted Pro Hac Vice*  
LITTLER MENDELSON, P.C.  
3424 Peachtree Road, NE, Ste. 1200  
Atlanta, GA 30326-4803  
lschreter@littler.com  
rblack@littler.com  
Telephone: 404.233.0330  
Facsimile: 404.233.2361

Joshua B. Waxman  
*Admitted Pro Hac Vice*  
LITTLER MENDELSON, P.C.  
815 Connecticut Avenue, NW, Ste. 400  
Washington, D.C. 20006-4046  
jwaxman@littler.com  
Telephone: 202.789.3406  
Facsimile: 202.478.2623

Attorneys for Defendant  
Hewlett Packard Enterprise Company