# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ALAN GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:20-CV-00717-CLM |
| | ) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER

All parties hereto have filed a Joint Stipulation of Dismissal with Prejudice. Doc. 25. Therefore, the court takes notice that this action and all claims contained herein are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this the 31st day of March, 2021.

_Corey L. Maze_
**Corey L. Maze**
United States District Judge